UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| PRISCILLA SIMMONS, | ) | |
|     Plaintiff, | ) | |
| | ) | No. 3:11-CV-303 |
| | ) | (VARLAN/GUYTON) |
| V. | ) | |
| | ) | |
| AMER. APARTMENT MGMT. CO. INC., | ) | |
|     Defendant. | ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

On August 28, 2013, the Court entered an Order [Doc. 24], directing the Plaintiff to appear at her deposition set to commence at 9:30 a.m. on September 17, 2013, and to pay the Defendant sanctions in the amount of $1,288.54, on or before October 28, 2013. The Court indicated that if she failed to do so this case would likely be dismissed. Neither party has filed notice stating whether the Plaintiff complied with the Court's Order. Therefore, the status of this matter – specifically, the issue of whether it is ripe for dismissal – is not clear from the docket.

Accordingly, the parties are **ORDERED** to file status report(s) either individually or jointly on or before **December 1, 2013**, which **SHALL STATE**: (1) if the Plaintiff appeared for her deposition; (2) if the Plaintiff paid the sanctions to Defendants; and (3) any other information indicating the general status of this case.

    **IT IS SO ORDERED.**

                                                          ENTER:

                                                          /s H. Bruce Guyton
                                                     United States Magistrate Judge